# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS ABELARDO NUNEZ,

Defendant.

NO. MJ 17-154
WD TEX DR-11-CR-78

DETENTION ORDER

Offenses charged:

Supervised Release Violations

Date of Detention Hearing: April 21, 2017

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been on supervised release from the Western District of Texas in Cause Number DR-11-CR-78. He absconded from supervision.

2. Defendant will remain in custody without prejudice to raise the issue of continued detention when he makes his initial appearance on this charge in the Western District of Texas.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the District of Western District of Texas and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of April, 2017.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge